1  BENJAMIN T. MORTON (SBN: 199158)
   bmorton@gordonrees.com
2  JENNIFER E. DUTY (SBN: 245308)
   jduty@gordonrees.com
3  GORDON & REES LLP
   101 W. Broadway Suite 2000
4  San Diego, CA 92101
   Telephone:  (619) 696-6700
5  Facsimile:  (619) 696-7124

6  Attorneys for Defendant
   FIRST IMPERIAL CREDIT UNION
7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 JOHN M. FLOYD & ASSOCIATES,     ) CASE NO.  16-CV-01851-DMS-WVG
   INC., a Texas corporation,     )
11                                 ) **JOINT MOTION TO EXTEND**
                       Plaintiff,  ) **INSPECTION DEADLINE AND**
12                                 ) **TO REVISE SCHEDULING**
        vs.                        ) **ORDER REGULATING**
13                                 ) **DISCOVERY AND OTHER PRE-**
                                   ) **TRIAL PROCEEDINGS**
14 FIRST IMPERIAL CREDIT UNION, a  )
   California corporation          )
15                                 ) Honorable Dana M. Sabraw
                       Defendants. ) Magistrate: Hon. William V. Gallo
16                                 )

17       It is hereby requested by Plaintiff John M. Floyd & Associates, Inc.

18 ("Plaintiff") and by Defendant First Imperial Credit Union ("Defendant") through

19 their undersigned counsel of record, as follows:

20       1.    Plaintiff and Defendant appeared at the Early Neutral Evaluation

21 ("ENE") and Case Management Conference on December 13, 2016 before the

22 Honorable William V Gallo.

23       2.    At the ENE Plaintiff and Defendant agreed that the parties shall

24 complete the inspection of Defendant's records and files by January 31, 2017.

25       3.    On December 20, 2016, the Court entered a Scheduling Order

26 Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order")

27 [Docket No. 13] setting January 31, 2017 as the deadline to complete the

28 inspection.  (Scheduling Order, ¶ 2.)

-1-
JOINT MOTION TO EXTEND INSPECTION DEADLINE AND TO REVISE SCHEDULING ORDER
REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS    Case No. 16-cv-01851

4. Since the ENE counsel for Plaintiff and Defendant have meet and conferred as to the scope, method and timing of the inspection. As a result of these meet and confer efforts, Plaintiff and Defendant agreed to a Protective Order and have filed a Joint Motion for a Protective Order with this Court [Docket No. 17].

5. Plaintiff and Defendant have further agreed that the inspection of Defendant will commence on February 14, 2017 and will be completed by Friday, February 17, 2017.

6. As such, Plaintiff and Defendant jointly move to extend the inspection deadline of January 31, 2017, set forth in paragraph 2 of the Schedule Order, to February 28, 2017.

I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf this filing was submitted, and have authorized this filing.

Dated: January 31, 2017  GORDON & REES LLP

By: s/ *Benjamin T. Morton*
Benjamin T. Morton
Jennifer E. Duty
Attorneys for Defendant
FIRST IMPERIAL CREDIT UNION

Dated: January 31, 2017  SOLOMON WARD SEIDENWURM & SMITH LLP

By: s/ *Stephen L. Schreiner*
Stephen L. Schreiner
Attorney for Plaintiff
JOHN M. FLOYD & ASSOCIATES

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On January 31, 2017, I served the foregoing document entitled: **JOINT MOTION TO EXTEND INSPECTION DEADLINE AND TO REVISE SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** by electronic service through the CM/ECF System which automatically generates of Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court. Service with this NEF will constitute service pursuant to Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 31, 2017 at San Diego, California.

_____
Maria G. Cerezo

1124349/31415208v.1

-3-
JOINT MOTION TO EXTEND INSPECTION DEADLINE AND TO REVISE SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS    Case No. 16-cv-01851